UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| DEGENE RAPHEL BELL,<br><br>    Petitioner,<br><br>    v.<br><br>DEAN BORDERS, Warden,<br><br>    Respondent. | ) ) ) ) ) ) ) ) ) ) ) | No. EDCV 19-1509-RGK (AGR)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the entire file de novo, including the magistrate judge's Report and Recommendation. No objections to the Report have been filed. The Court accepts the findings and recommendation of the Magistrate Judge.

IT IS ORDERED that Respondent's motion to dismiss the Petition for Writ of Habeas Corpus is denied.

IT IS FURTHER ORDERED that the matter is referred back to the Magistrate Judge for further proceedings.

DATED: March 25, 2021

                                                        R. GARY KLAUSNER<br>                                                United States District Judge