UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEGENE RAPHEL BELL,<br><br>             Petitioner,<br><br>   v.<br><br>DEAN BORDERS, Warden,<br><br>             Respondent. | No. EDCV 19-1509-RGK (AGR)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

    Pursuant to 28 U.S.C. § 636, the Court has reviewed the entire file de novo, including the Petition for Writ of Habeas Corpus and the Report and Recommendation. No objections to the Report have been filed. The Court accepts the findings and recommendation of the Magistrate Judge.

    IT IS ORDERED that Judgment be entered denying the Petition for Writ of Habeas Corpus and dismissing this action with prejudice.

DATED: 4/2/2024

                                          R. GARY KLAUSNER<br>
                                          United States District Judge