JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEGENE RAPHEL BELL,<br><br>        Petitioner,<br><br>  v.<br><br>MONA HOUSTON, Warden,<br><br>        Respondent. | NO.  EDCV 19-1509-RGK (AGR)<br><br>JUDGMENT |

    Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

    IT IS ADJUDGED that the Petition For Writ of Habeas Corpus in this matter is denied and dismissed with prejudice.

DATED: 4/2/2024

_____
R. GARY KLAUSNER
United States District Judge